GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

**JS-6**

Attorney for Defendant, FORD MOTOR COMPANY

THE BARRY LAW FIRM
David N. Barry, Esq. (SBN 219230)
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, ALMA MORANSANTELIZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MORANSANTELIZ, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No: 8:20-cv-02210 DOC-(KESx)<br><br>Dist. Judge: David O. Carter<br>Mag. Judge: Karen E. Scott<br>Courtroom 9D<br><br>**JUDGMENT** |

　　On the stipulation of Plaintiff Alma Moransanteliz ("Plaintiff") and Defendant Ford Motor Company ("Defendant"), and good cause showing, it is hereby ORDERED AND ADJUDGED AS FOLLOWS:

　　1.　Plaintiff ALMA MORANSANTELIZ ("Plaintiff"), will surrender the 2017 Ford Escape, VIN 1FMCU0J92HUB61058

1

JUDGMENT

("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Ford will discharge by payment from the proceeds of the settlement that Plaintiff accepts pursuant to this offer. In light of the national pandemic due the Novel Coronavirus (COVID-19), Plaintiff will deliver the subject vehicle to Ford on a date, time and place mutually agreeable no later than 90 days after the entry of Judgment.

    2.   Ford will pay Plaintiff ALMA MORANSANTELIZ ("Plaintiff") $40,476.48 for the Subject Vehicle. Ford will pay this amount within seven (7) days after Plaintiff delivers the Subject Vehicle to Ford.

    3.   In addition Ford Motor Company offers to pay reasonable costs, expenses and attorneys' fees based on actual time expended pursuant to Civil Code section 1794(d), in the amount of $8,500.

    4.   Ford will waive all claims it may have for costs and fees in this action.

    5.   The Court shall maintain continuing jurisdiction over this action and the parties for the purpose of enforcing this Judgment and for the purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Date: January 20, 2021

*David O. Carter*

Honorable David O. Carter
United States District Judge